1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 BAY AREA PAINTERS AND TAPERS              Case No.: C08-0530 EDL
   PENSION FUND, et al.,
14                                           **DECLINATION TO PROCEED BEFORE
         Plaintiffs,                         A MAGISTRATE JUDGE**
15 v.                                        **and**
                                             **REQUEST FOR REASSIGNMENT TO A
16 FRANK WILLIAM MITCHELL, individually      UNITED STATES DISTRICT JUDGE**
   and dba MITCHELL CONSTRUCTION
17 DRYWALL METAL STUDS,

18       Defendant.

19

20       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21

22       The undersigned party hereby declines to consent to the assignment of this case to a United

23 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

24 to a United States District Judge.

25 Dated:  January 28, 2008                    Respectfully submitted,
                                               SALTZMAN & JOHNSON LAW CORPORATION
26

27
                                               _____/s/_____
28                                             Muriel B. Kaplan
                                               Attorneys for Plaintiffs

-1-
**MAGISTRATE DECLINATION**
**Case No.: C08-0530 EDL**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 31, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Frank Mitchell**
> **dba Mitchell Construction Drywall Metal Studs**
> **310 Rancho Murieta Drive, Apt. D**
> **Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 31st day of January, 2008, at San Francisco, California.


_____/s/_____
Vanessa de Fábrega