**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                     General Court Number
Clerk                                                                                              415.522.2000

**February 1, 2008**

**CASE NUMBER:  CV 08-00530 EDL**
**CASE TITLE:  BAY AREA PAINTERS-v-FRANK W. MITCHELL**

REASSIGNMENT ORDER

  GOOD CAUSE APPEARING THEREFOR,

  IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

  Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


  ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/1/08

                       FOR THE EXECUTIVE COMMITTEE:

                       _____
                               Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies       Special Projects
Log Book Noted           Entered in Computer 2/1/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel         Transferor CSA