1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  BAY AREA PAINTERS AND TAPERS          Case No.: C08-0530 MMC
    PENSION FUND, et al.,
14                                        **PROOF OF SERVICE**
            Plaintiffs,
15
    v.
16
    FRANK WILLIAM MITCHELL, individually
17  and dba MITCHELL CONSTRUCTION
    DRYWALL METAL STUDS,
18
            Defendant.
19

20
    I, the undersigned, declare:
21
        I am a citizen of the United States and am employed in the County of San Francisco, State
22
    of California.  I am over the age of eighteen and not a party to this action.  My business address is
23
    120 Howard Street, Suite 520, San Francisco, California 94105.
24
        On February 11, 2008, I served the following document(s):
25

26              **CASE MANAGEMENT CONFERENCE ORDER**
    ///
27  ///
    ///
28

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5      **Frank Mitchell**
    **dba Mitchell Construction Drywall Metal Studs**
    **310 Rancho Murieta Drive, Apt. D**
6      **Vacaville, California 95687**
7
8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 11th day of February, 2008, at San Francisco, California.
10
11
                  _____/s/_____
12                                 Vanessa de Fábrega
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28