1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                 UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | BAY AREA PAINTERS AND TAPERS        | Case No.: C08-0530 MMC
13 | PENSION FUND, et al.,                |
                                          | **PROOF OF SERVICE ON SUMMONS**
14 |         Plaintiffs,                  |
15 | v.                                   |
16 | FRANK WILLIAM MITCHELL, individually |
   | and dba MITCHELL CONSTRUCTION        |
17 | DRYWALL METAL STUDS,                 |
18 |         Defendant.                   |
19

20 ///
21
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **Plaintiff**

COURT
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Bay Area Painters & Tapers Pension Fund, et al. V.
Frank William Mitchell, et al.

| PROOF OF SERVICE | DATE: 2/6/08 | TIME: 5:57pm | DEPT/DIV: | CASE NUMBER: C08-0530 EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

**Name: Frank Mitchell dba Mitchell Construction Drywall Metal Studs**

Date of Delivery:   February 6th, 2008
Time of Delivery:   5:57pm
Place of Service:   310 Rancho Murieta Drive, Apt. D
                    Vacaville, CA 95687

**Manner of Service:** Personal Service - by personally delivering copies to Frank William Mitchell.
**Fee for Service:**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A)(23)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: February 6th, 2008
at: Vacaville, California

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2158

Signature: David Rosenkowski
Name: David Rosenkowski
Title: RPS, Solono County #333

# PROOF OF SERVICE