1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10                UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   BAY AREA PAINTERS AND TAPERS          Case No.: C08-0530 MMC
13 PENSION FUND, et al.,
                                         **REQUEST FOR ENTRY OF DEFAULT,**
14         Plaintiffs,                   **DECLARATION OF MICHELE R.**
                                         **STAFFORD IN SUPPORT THEREOF**
15     v.

16 FRANK WILLIAM MITCHELL, individually
   and dba MITCHELL CONSTRUCTION
17 DRYWALL METAL STUDS,

18         Defendant.

19

20
          TO THE CLERK:
21
          Please enter the default of defendants FRANK WILLIAM MITCHELL, individually and dba
22
23 MITCHELL CONSTRUCTION DRYWALL METAL STUDS on the Complaint in the above-

24 entitled action. This request is based on the fact that defendants have failed to plead or otherwise

25 defend or appear in this action, and the time permitted for such pleading, defense or other

26 appearance has run.

27
          1.      A Complaint was filed by plaintiffs in this matter on January 24, 2008.
28

1      2.    Defendants were served on February 6, 2008.

2      2.    A Proof of Service on Summons was filed with the Court on February 15, 2008.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 28th day of February, 2008, at San Francisco, California.

                        SALTZMAN & JOHNSON LAW CORPORATION

By:          /s/
       Michele R. Stafford
       Attorneys for Plaintiffs

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\Request for Default.doc