**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 4, 2008

RE:  <u>CV 08-00530 MMC</u>     <u>BAY AREA PAINTERS-v- FRANK W. MITCHELL</u>

Default is entered as to Frank William Mitchell, individually and dba Mitchell Construction Drywall Metal Studs on 3/4/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by<u>Alfred Amistoso</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89