Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.; | Case No.: C08-0530 MMC |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| v. | |
| FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS, | |
| Defendant. | |

The defendant FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS ("Defendant"), having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the Plaintiffs and upon declaration that: (1) Defendant has failed and refused to make any payment of contributions owed to Plaintiffs for hours worked by Defendant's employees during the period July 2007 through October 2007, plus liquidated damages and interest accrued thereon as required by the applicable collective bargaining agreement; (2) Defendant has been defaulted for failure to appear; and (3) Defendant is neither an

infant, nor incompetent, nor in the military service of the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. That Plaintiffs recover from Defendant FRANK MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS, the sum of $26,815.37 due and owing under the terms of the Collective Bargaining Agreement as follows:

| | |
|---|---:|
| Contributions, LD, and interest (7/07 - 10/07) | $22,704.92 |
| Attorneys Fees (1/14/08 - 04/03/08) | $3,494.00 |
| Costs of Suit (1/23/08–04/03/08) | $616.45 |
| **TOTAL** | **$26,815.37** |
| | **plus 7% p/a interest** |

2. That interest be awarded on the foregoing balance at the rate of seven percent (7%) per annum from the date of Judgment until paid.

3. That Plaintiffs be awarded additional attorneys' fees and costs they incur relative to collection of amounts under this Judgment. Plaintiffs may submit a future Declaration to the Court relative to such amounts claimed due.

4. That the Court retain jurisdiction over this matter to enforce the terms of this Judgment.

IT IS SO ORDERED.

Dated:_____    _____
                                  ELIZABETH D. LAPORTE
                                  UNITED STATES MAGISTRATE JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 8, 2008, I served the following document(s):

**[PROPOSED] JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Frank Mitchell**
> **dba Mitchell Construction Drywall Metal Studs**
> **310 Rancho Murieta Drive, Apt. D**
> **Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

1

**[PROPOSED] JUDGMENT**
**CASE NO.: C08-0530 MMC**

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\Motion for Default Judgment\C08-0530 MMC Proposed Default Judgment 040708.DOC