Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.;<br><br>    Plaintiffs,<br><br>v.<br><br>FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS,<br><br>    Defendant. | Case No.: C08-0530 MMC<br><br>**AMENDED NOTICE OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:    May 13, 2008<br>Time:    9:00 a.m.<br>Courtroom: 7, 19th Floor<br>           450 Golden Gate Avenue<br>           San Francisco, California<br>Judge: The Honorable Maxine M. Chesney |

TO FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS ("Defendant"):

PLEASE TAKE NOTICE that the presiding judge and courtroom were erroneously identified in Plaintiffs' original Notice of Motion for Entry of Default Judgment. The presiding judge for this matter is the Honorable Maxine M. Chesney, and the correct location of the hearing is courtroom 7, 19th Floor, of the above referenced Court located at 450 Golden Gate Avenue, San Francisco, CA. The Motion will be heard on May 13, 2008, at 9:00 a.m. as noticed.

Dated: April 11, 2008         SALTZMAN & JOHNSON LAW CORPORATION

                        By:_____/s/_____
                           Shaamini A. Babu
                           Attorneys for Plaintiffs

1
**AMENDED NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**
**CASE NO.: C08-0530 MMC**

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\Motion for Default Judgment\C08-0530 MMC Amended Notice of Motion 041108.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 11, 2008, I served the following document(s):

**AMENDED NOTICE OF PLAINTIFS' MOTION FOR
ENTRY OF DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Frank Mitchell
> dba Mitchell Construction Drywall Metal Studs
> 310 Rancho Murieta Drive, Apt. D
> Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**PROOF OF SERVICE
Case No.: C08-0530 MMC**