Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.;<br><br>　　　Plaintiffs,<br><br>v.<br><br>FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS,<br><br>　　　Defendant. | Case No.: C08-0530 MMC<br><br>**SECOND AMENDED NOTICE OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:　　　　Friday May 23, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　7, 19th Floor<br>　　　　　　　450 Golden Gate Avenue<br>　　　　　　　San Francisco, California<br>Judge: The Honorable Maxine M. Chesney |

TO FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS ("Defendant"):

　　　PLEASE TAKE NOTICE that the hearing on Plaintiffs' Notice of Motion for Entry of Default Judgment will take place on **Friday May 23, 2008, at 9:00 a.m. in courtroom 7**, 19th Floor, of the above referenced Court located at 450 Golden Gate Avenue, San Francisco, California, with the Honorable Maxine M. Chesney presiding.

Dated: April 14, 2008　　　　　　SALTZMAN & JOHNSON LAW CORPORATION


　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　Shaamini A. Babu
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

1

**SECOND AMENDED NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**
**CASE NO.: C08-0530 MMC**
P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\Motion for Default Judgment\C08-0530 MMC Second Amended Notice of Motion 041408.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 14, 2008, I served the following document(s):

**SECOND AMENDED NOTICE OF PLAINTIFS' MOTION FOR
ENTRY OF DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Frank Mitchell
> dba Mitchell Construction Drywall Metal Studs
> 310 Rancho Murieta Drive, Apt. D
> Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**PROOF OF SERVICE
Case No.: C08-0530 MMC**