1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini A. Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  120 Howard Street, Suite 520
   San Francisco, CA 94105
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
8  PENSION FUND, et al.

9                   UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C08-0530 MMC |
|---|---|
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS, | CMC:        Friday May 2, 2008<br>Time:        10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Location:   450 Golden Gate Avenue<br>                  San Francisco, CA |
| Defendant. | Judge:       Honorable Maxine M. Chesney |

Plaintiffs hereby request that the Case Management Conference currently scheduled for Friday May 2, 2008, at 10:30 a.m. be continued for at least thirty (30) days.

1. The Clerk entered the default of Defendants on March 4, 2008.

2. To date, Defendants have failed to appear in this action. Thus, Plaintiffs filed a Motion for Entry of Default Judgment ("Motion") on April 8, 2008. The Motion is calendared to be heard by this Court on Friday, May 23, 2008, at 9:00 a.m.

3. Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of at least thirty (30) days, or alternatively, continue it to be heard on the same date and at the same time as the Motion. Good cause exists to continue the Case

-1-
**REQUEST TO CONTINUE CMC**
**CASE NO.: C08-0530 MMC**

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Request to Continue CMC 041508.doc

Management Conference as requested herein because once the Court reaches a decision regarding the Motion, it may be unnecessary to proceed with a Case Management Conference. As such, the continuance will minimize attorneys' fees and costs for all parties.

I declare under penalty of perjury that I am one of the attorneys for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 15th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By:     _____/s/_____
        Shaamini A. Babu
        Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____    _____
                                 MAXINE M. CHESNEY
                                 UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 15, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Frank Mitchell
dba Mitchell Construction Drywall Metal Studs
310 Rancho Murieta Drive, Apt. D
Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**REQUEST TO CONTINUE CMC
CASE NO.: C08-0530 MMC**

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Request to Continue CMC 041508.doc