Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS, <br><br> Defendant. | Case No.: C08-0530 MMC <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** <br><br> CMC:            Friday May 2, 2008 <br> Time:           10:30 a.m. <br> Courtroom: 7, 19th Floor <br> Location:      450 Golden Gate Avenue <br>                      San Francisco, CA <br> Judge:          Honorable Maxine M. Chesney |
|---|---|

Plaintiffs hereby request that the Case Management Conference currently scheduled for Friday May 2, 2008, at 10:30 a.m. be continued for at least thirty (30) days.

1.     The Clerk entered the default of Defendants on March 4, 2008.

2.     To date, Defendants have failed to appear in this action. Thus, Plaintiffs filed a Motion for Entry of Default Judgment ("Motion") on April 8, 2008. The Motion is calendared to be heard by this Court on Friday, May 23, 2008, at 9:00 a.m.

3.     Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of at least thirty (30) days, or alternatively, continue it to be heard on the same date and at the same time as the Motion. Good cause exists to continue the Case

-1-
**REQUEST TO CONTINUE CMC**
**CASE NO.: C08-0530 MMC**

Management Conference as requested herein because once the Court reaches a decision regarding the Motion, it may be unnecessary to proceed with a Case Management Conference. As such, the continuance will minimize attorneys' fees and costs for all parties.

I declare under penalty of perjury that I am one of the attorneys for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 15th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Shaamini A. Babu
Attorneys for Plaintiffs

IT IS SO ORDERED. The Case Management Conference is continued from May 2, 2008 to June 13, 2008. A Case Management Conference statement shall be filed no later than June 6, 2008.

Date: April 16, 2008                        _____
                                            MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT COURT JUDGE