1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  BAY AREA PAINTERS AND TAPERS         Case No.:  C08-0530 MMC
12  PENSION FUND, et al.,                **NOTICE OF CHANGE OF ADDRESS**

13          Plaintiffs,

14  v.

15  FRANK WILLIAM MITCHELL, et al.,

16          Defendants.

17

18      NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

19  Johnson Law Corporation, will relocate its office.

20      This notice is sent to you to advise you that the new address to which all payments,

21  correspondence, as well as copies of all pleadings, notices and other papers, should be sent,

22  **effective May 5, 2008**, is:

23
            Saltzman & Johnson Law Corporation
24          **44 Montgomery Street, Suite 2110**
            **San Francisco, California 94104**
25          Tel: 415-882-7900 / Fax: 415-882-9287

26

27

28
                                              -1-
                                NOTICE OF CHANGE OF ADDRESS
                                    Case No. C08-0530 MMC

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Notice of Change of Address 4-17-08.DOC

1 | Please note that the telephone and facsimile numbers have not changed.

Dated: April 18, 2008              SALTZMAN & JOHNSON LAW COPORATION

_____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiff

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 22, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by facsimile transmittal and placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Frank Mitchell**
> **dba Mitchell Construction Drywall Metal Studs**
> **310 Rancho Murieta Drive, Apt. D**
> **Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2008, at San Francisco, California.

```
               _____/s/_____
                  Diana M. Sage
```

-1-
**NOTICE OF CHANGE OF ADDRESS**
**Case No. C08-0530 MMC**

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Notice of Change of Address 4-17-08.DOC