IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METALS STUDS,<br><br>　　　　Defendant<br>　　　　　　　　　　　　　　　　　　／ | No. C-08-0530 MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT; VACATING HEARING** |

Before the Court is plaintiffs' Motion for Entry of Default Judgment, filed April 8, 2008, as amended April 11, 2008 and April 14, 2008.  Defendant, although served with the motion, has not filed an opposition or other response thereto.[1]  Having reviewed the papers filed in support of the motion, the Court deems the matter suitable for decision on the papers, VACATES the hearing scheduled for May 23, 2008, and, for the reasons stated by plaintiffs, hereby GRANTS the motion, as follows:

//

//

---

[1] Pursuant to the Civil Local Rules of this District, opposition was due no later than May 2, 2008.  See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).

1. Plaintiffs are entitled to damages in the amount of $22,704.92, representing unpaid contributions, liquidated damages, and interest.

2. Plaintiffs are entitled to an award of attorney's fees in the amount of $3494 and costs in the amount of $616.45.

The Clerk is directed to enter judgment in favor of plaintiffs and against defendant, in the total amount of $26,815.37.

**IT IS SO ORDERED.**

Dated: May 7, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2