Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C08-0530 MMC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| FRANK WILLIAM MITCHELL, et al., | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On May 7, 2008, I served the following documents:

**ORDER GRANTING PLAINTIFFS' MOTION
FOR ENTRY OF DEFAULT JUDGMENT; VACATING HEARING**

///
///
///
///
///

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Proof of Service 050708.DOC

-1-
**PROOF OF SERVICE
Case No. C08-0530 MMC**

1  on the interested parties in said action by facsimile transmittal and placing a true and exact copy of

2  each document in and sealed envelope with postage thereon fully prepaid, in a United States Post

3  Office box in San Francisco, California, addressed as follows:

**Frank Mitchell**
**dba Mitchell Construction Drywall Metal Studs**
**310 Rancho Murieta Drive, Apt. D**
**Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 7th day of May 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No. C08-0530 MMC**

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Proof of Service 050708.DOC