IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,

        Plaintiffs,

 v.

FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METALS STUDS,

        Defendant.

No. CV-08-0530 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

1. Plaintiffs are entitled to damages in the amount of $22,704.92, representing unpaid contributions, liquidated damages, and interest.

2. Plaintiffs are entitled to an award of attorney's fees in the amount of $3494 and costs in the amount of $616.45.

Dated: May 8, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk