Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C08-0530 MMC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| FRANK WILLIAM MITCHELL, et al., | |
| Defendants. | |

I, the undersigned, declare:

    I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    On May 9, 2008, I served the following documents:

**JUDGMENT IN CIVIL CASE**

///
///
///
///
///
///

-1-
**PROOF OF SERVICE**
**Case No. C08-0530 MMC**

P:\CLIENTS\PATCL\Mitchell Construction\Pleadings\C08-0530 MMC Proof of Service 050908.DOC

1  on the interested parties in said action by facsimile transmittal and placing a true and exact copy of

2  each document in and sealed envelope with postage thereon fully prepaid, in a United States Post

3  Office box in San Francisco, California, addressed as follows:

4
5      **Frank Mitchell**
    **dba Mitchell Construction Drywall Metal Studs**
    **310 Rancho Murieta Drive, Apt. D**
6      **Vacaville, California 95687**

7      I declare under penalty of perjury that the foregoing is true and correct and that this

8  declaration was executed on this 9th day of May 2008, at San Francisco, California.

9
10
11                                    _____/s/_____
                                        Vanessa de Fábrega

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28