Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs
Bay Area Painters and Tapers
Trust Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS,<br><br>Defendant. | Case No.: C08-0530 MMC<br><br>**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND DECLARATION OF SHAAMINI A. BABU IN SUPPORT THEREOF** |

TO THE CLERK OF THE COURT:

I, Shaamini A. Babu, declare under penalty of perjury that:

1.   I am the attorney for the plaintiffs in the above-entitled action.

2.   On May 8, 2008, within ten years past, a Judgment (hereinafter "Judgment") was entered in favor of Plaintiffs and against Defendant in the total amount of **$26,815.37**. A true and accurate copy of that Judgment is attached hereto as *Exhibit A*.

3.   Post-judgment interest is calculated at the legal rate of 1.86% in the week of April

-1-
**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**
**Case No.: C08-0530 MMC**

28, 2008, the week preceding the date of Judgment entry. Attached hereto as *Exhibit B* is a true and accurate copy of the Selected Interest Rates page, showing the rate for the week of April 28, 2008, printed from the United States District Court, Northern District of California, website. Thirteen (13) days have elapsed from May 8, 2008 to May 20, 2008. Post-judgment interest in the amount of **$27.36** has therefore accrued on the Judgment as of May 20, 2008.

4.    The total amount now due and owing by defendant to plaintiffs is as follows:

| | |
|---|---:|
| Judgment | $26,815.37 |
| Post-Judgment Interest (5/8/08-5/20/08) | $27.36 |
| **TOTAL** | **$26,842.73** |

5.    No amount has been paid or recovered to satisfy any portion of the judgment.

WHEREFORE, it is prayed that a Writ of Execution be promptly issued for $26,842.73 plus 1.86% per annum interest ($1.37 per diem beginning May 21, 2008) until satisfied, and that the Court retain jurisdiction over this matter.

6.    To the best of my knowledge, defendant is not an infant or an incompetent person, nor is defendant in the military service of the United States.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Dated: May 28, 2008          SALTZMAN & JOHNSON
                             LAW CORPORATION


                             _____/s/_____
                             Shaamini A. Babu
                             Attorneys for Plaintiffs

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,

No. CV-08-0530 MMC

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METALS STUDS,

Defendant.

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiffs are entitled to damages in the amount of $22,704.92, representing unpaid contributions, liquidated damages, and interest.

2. Plaintiffs are entitled to an award of attorney's fees in the amount of $3494 and costs in the amount of $616.45.

Dated: May 8, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

# EXHIBIT B

FRB: H.15 Release--Selected Interest Rates--April 28, 2008

Page 1 of 5

## Federal Reserve Statistical Release

### H.15
### Selected Interest Rates



Data Download Program

*Release Date: April 28, 2008*

Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release *Other formats*: Screen reader | ASCII | PDF (17 KB)

```
FEDERAL RESERVE STATISTICAL RELEASE

H.15 (519) SELECTED INTEREST RATES
For use at 2:30 p.m. Eastern Time                           April 28, 2008

Yields in percent per annum

                                                                                    Week Ending
                                2008    2008    2008    2008    2008    2008    2008    2008
                                Apr     Apr     Apr     Apr     Apr     Apr     Apr     Mar
       Instruments              21      22      23      24      25      25      18
Federal funds (effective) 1 2 3 2.28    1.99    2.18    2.26    2.28    2.25    2.34    2.61
Commercial Paper 3 4 5
   Nonfinancial
      1-month                   2.13    2.13    2.01    2.09    2.27    2.13    2.11    2.36
      2-month                   2.09    2.09    2.00    2.03    2.00    2.04    2.06    2.32
      3-month                   1.97    1.94    2.00    1.93    n.a.    1.96    n.a.    2.35
   Financial
      1-month                   2.87    2.59    2.74    2.77    2.42    2.68    2.54    2.61
      2-month                   2.88    2.82    2.95    2.65    2.82    2.82    2.51    2.65
      3-month                   2.85    2.76    2.91    2.88    2.81    2.84    2.71    2.70
CDs (secondary market) 3 6
      1-month                   2.95    2.95    2.90    2.88    2.93    2.92    2.83    2.82
      3-month                   2.97    2.96    2.95    2.95    2.97    2.96    2.85    2.79
      6-month                   3.02    3.02    3.02    3.02    3.09    3.03    2.85    2.70
Eurodollar deposits (London) 3 7
      1-month                   3.00    3.00    3.00    2.95    3.00    2.99    2.92    2.87
      3-month                   3.10    3.10    3.10    3.05    3.10    3.09    2.95    2.86
```

FRB: H.15 Release--Selected Interest Rates--April 28, 2008    Page 2 of 5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6-month | 3.20 | 3.20 | 3.20 | 3.10 | 3.30 | 3.20 | 2.99 | 2.78 |
| Bank prime loan 2 3 8 | 5.25 | 5.25 | 5.25 | 5.25 | 5.25 | 5.25 | 5.25 | 5.66 |
| Discount window primary credit 2 9 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 3.04 |
| U.S. government securities | | | | | | | | |
| Treasury bills (secondary market) 3 4 | | | | | | | | |
| 4-week | 0.83 | 0.71 | 0.76 | 0.78 | 0.76 | 0.77 | 0.84 | 1.34 |
| 3-month | 1.33 | 1.26 | 1.24 | 1.24 | 1.31 | 1.28 | 1.16 | 1.26 |
| 6-month | 1.65 | 1.61 | 1.60 | 1.62 | 1.69 | 1.63 | 1.48 | 1.48 |
| Treasury constant maturities | | | | | | | | |
| Nominal 10 | | | | | | | | |
| 1-month | 0.90 | 0.72 | 0.78 | 0.81 | 0.80 | 0.80 | 0.86 | 1.35 |
| 3-month | 1.34 | 1.27 | 1.26 | 1.26 | 1.34 | 1.29 | 1.18 | 1.28 |
| 6-month | 1.68 | 1.64 | 1.64 | 1.66 | 1.73 | 1.67 | 1.52 | 1.51 |
| 1-year | 1.86 | 1.84 | 1.83 | 1.91 | 1.97 | 1.88 | 1.67 | 1.54 |
| 2-year | 2.20 | 2.24 | 2.22 | 2.41 | 2.44 | 2.30 | 1.98 | 1.62 |
| 3-year | 2.37 | 2.43 | 2.45 | 2.61 | 2.64 | 2.50 | 2.18 | 1.80 |
| 5-year | 2.95 | 2.96 | 2.98 | 3.15 | 3.20 | 3.05 | 2.79 | 2.48 |
| 7-year | 3.28 | 3.29 | 3.32 | 3.44 | 3.49 | 3.36 | 3.17 | 2.93 |
| 10-year | 3.75 | 3.74 | 3.77 | 3.87 | 3.91 | 3.81 | 3.67 | 3.51 |
| 20-year | 4.48 | 4.47 | 4.49 | 4.56 | 4.61 | 4.52 | 4.44 | 4.36 |
| 30-year | 4.48 | 4.46 | 4.49 | 4.56 | 4.61 | 4.52 | 4.47 | 4.39 |
| Inflation indexed 11 | | | | | | | | |
| 5-year | 0.70 | 0.72 | 0.73 | 0.89 | 0.89 | 0.79 | 0.58 | 0.23 |
| 7-year | 1.07 | 1.06 | 1.08 | 1.20 | 1.23 | 1.13 | 1.00 | 0.73 |
| 10-year | 1.44 | 1.43 | 1.44 | 1.56 | 1.60 | 1.49 | 1.36 | 1.09 |
| 20-year | 1.95 | 1.93 | 1.95 | 2.05 | 2.09 | 1.99 | 1.89 | 1.76 |
| Inflation-indexed long-term average 12 | 1.94 | 1.92 | 1.95 | 2.04 | 2.08 | 1.99 | 1.89 | 1.76 |
| Interest rate swaps 13 | | | | | | | | |
| 1-year | 2.91 | 2.93 | 2.93 | 2.99 | 3.06 | 2.96 | 2.72 | 2.41 |
| 2-year | 3.06 | 3.09 | 3.11 | 3.21 | 3.31 | 3.15 | 2.87 | 2.50 |
| 3-year | 3.33 | 3.34 | 3.36 | 3.47 | 3.56 | 3.41 | 3.16 | 2.82 |
| 4-year | 3.57 | 3.58 | 3.60 | 3.71 | 3.79 | 3.65 | 3.44 | 3.13 |
| 5-year | 3.76 | 3.78 | 3.79 | 3.89 | 3.97 | 3.84 | 3.67 | 3.39 |
| 7-year | 4.07 | 4.07 | 4.08 | 4.18 | 4.25 | 4.13 | 4.01 | 3.80 |
| 10-year | 4.36 | 4.34 | 4.38 | 4.46 | 4.52 | 4.41 | 4.34 | 4.20 |
| 30-year | 4.86 | 4.81 | 4.86 | 4.93 | 4.96 | 4.88 | 4.85 | 4.78 |
| Corporate bonds | | | | | | | | |
| Moody's seasoned | | | | | | | | |
| Aaa 14 | 5.60 | 5.54 | 5.54 | 5.60 | 5.64 | 5.58 | 5.60 | 5.51 |
| Baa | 6.97 | 6.95 | 6.95 | 7.00 | 7.05 | 6.98 | 7.03 | 6.89 |
| State & local bonds 15 | | | | 4.68 | | 4.68 | 4.62 | 4.93 |

```
Conventional mortgages 16                    6.03         6.03    5.88    5.97

n.a. Not available.
```
--------------------------------------------------------------------------

Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. An average of dealer bid rates on nationally traded certificates of deposit.

7. Bid rates for Eurodollar deposits collected around 9:30 a.m. Eastern time.

8. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

9. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

10. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a

factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex_historical.shtml. Source: U.S. Treasury.

11. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields may be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/index.html.

12. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity of more than 10 years.

13. International Swaps and Derivatives Association (ISDA(R)) mid-market par swap rates. Rates are for a Fixed Rate Payer in return for receiving three month LIBOR, and are based on rates collected at 11:00 a.m. Eastern time by Garban Intercapital plc and published on Reuters Page ISDAFIX(R)1. ISDAFIX is a registered service mark of ISDA. Source: Reuters Limited.

14. Moody's Aaa rates through December 6, 2001, are averages of Aaa utility and Aaa industrial bond rates. As of December 7, 2001, these rates are averages of Aaa industrial bonds only.

15. Bond Buyer Index, general obligation, 20 years to maturity, mixed quality; Thursday quotations.

16. Contract interest rates on commitments for fixed-rate first mortgages. Source: FHLMC.

---

Note: Weekly and monthly figures on this release, as well as annual figures available on the Board's historical H.15 web site (see below), are averages of business days unless otherwise noted.

---

Current and historical H.15 data are available on the Federal Reserve Board's web site (www.federalreserve.gov/). For information about individual copies or subscriptions, contact Publications Services at the Federal Reserve Board (phone 202-452-3244, fax 202-728-5886). For paid electronic access to current and historical data, call STAT-USA at 1-800-782-8872 or 202-482-1986.

---

Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Treasury

from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The constant maturity yield values are read from the yield curve at fixed maturities, currently 1, 3, and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity. Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated from the daily yield curve for Treasury inflation protected securities in the over-the-counter market. The inflation-indexed constant maturity yields are read from this yield curve at fixed maturities, currently 5, 7, 10, and 20 years.

---

Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release *Other formats*: Screen reader | ASCII | PDF (17 KB)

Statistical releases

Home | Economic research and data
Accessibility | Contact Us
**Last update: April 28, 2008**

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| Shaamini A. Babu (SBN 230704)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104<br>TELEPHONE NO.: (415) 882-7900   FAX NO. *(Optional)*: (415) 882-9287<br>E-MAIL ADDRESS *(Optional)*: sbabu@sjlawcorp.com<br>ATTORNEY FOR *(Name)*: Bay Area Painters and Tapers Pension Fund, et al.<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  United States District Court
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Northern District of California

PLAINTIFF: Bay Area Painters and Tapers Pension Fund, et al.

DEFENDANT: Frank William Mitchell, et al.

| **WRIT OF** | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                        [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C08-0530 MMC |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Bay Area Painters and Tapers Pension Fund, et al.
   is the [✓] judgment creditor [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address)*:

   ┌─────────────────────────────────────┐
   │ Frank William Mitchell              │
   │ 310 Rancho Murieta Drive, Apt. D    │
   │ Vacaville, California 95687         │
   └─────────────────────────────────────┘

   ┌─────────────────────────────────────┐
   │ Frank William Mitchell, dba Mitchell│
   │ Construction Drywall Metal Studs    │
   │ 310 Rancho Murieta Drive, Apt. D    │
   │ Vacaville, California 95687         │
   └─────────────────────────────────────┘

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date)*:
   May 8, 2008
6. [ ] **Judgment renewed** on *(dates)*:

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ................... $ 26,815.37
12. Costs after judgment (per filed order or
    memo CCP 685.090) ............. $
13. Subtotal *(add 11 and 12)* ......... $ 26,815.37
14. Credits ......................... $ 0
15. Subtotal *(subtract 14 from 13)* ..... $ 26,815.37
16. Interest after judgment (per filed affidavit
    CCP 685.050) (not on GC 6103.5 fees)... $ 27.36
17. Fee for issuance of writ ............. $
18. **Total** *(add 15, 16, and 17)* .......... $ 26,842.73
19. Levying officer:
    (a) Add daily interest from date of writ
        (at the legal rate on 15) (not on
        GC 6103.5 fees) of ....... $ 1.37 from 5/21/08
    (b) Pay directly to court costs included in
        11 and 17 (GC 6103.5, 68511.3; CCP
        699.520(i)) .............. $
20. [ ] The amounts called for in items 11–19 are different for each debtor.
    These amounts are stated for each debtor on Attachment 20.

| Issued on *(date)*: | Clerk, by | , Deputy |
|---|---|---|

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

EJ-130

| PLAINTIFF: Bay Area Painters and Tapers Pension Fund, et al. | CASE NUMBER: |
| --- | --- |
| DEFENDANT: Frank William Mitchell, et al. | C08-0530 MMC |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
    a. on *(date):*                                              a. on *(date):*
    b. name and address of joint debtor:                         b. name and address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date):*
       **(Check (1) or (2)):**
       (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
             The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
       (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
             (a) $                was the daily rental value on the date the complaint was filed.
             (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                 dates *(specify):*
    b. ☐ Possession of personal property.
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property:

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*