RECORDING REQUESTED BY

NAME:  Shaamini A. Babu, Esq.

WHEN RECORDED MAIL TO:

Shaamini A. Babu, Esq.
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104

(DOCUMENT WILL ONLT BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

<u>Bay Area Painters & Tapers Pension Fund, et al. v.</u>
<u>Frank William Mitchell, et al.</u>
*USDC Case No.: C08-0530 MMC*

ABSTRACT OF JUDGMENT

(DOCUMENT TITLE)

VS 4/03

SEPARATE PAGE, PURSUANT TO CA. GOV'T CODE 27361.6

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* |
|---|
| Recording requested by and return to: |
| Shaamini A. Babu, Esq. (SBN: 230704) |
| Saltzman & Johnson Law Corporation |
| 44 Montgomery Street, Suite 2110 |
| San Francisco, California 94104 |
| Tel: (415) 882-7900 |

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-3483
BRANCH NAME: Northern District of California

FOR RECORDER'S USE ONLY

PLAINTIFF: Bay Area Painters and Tapers Pension Fund, et al.

DEFENDANT: Frank William Mitchell, et al.

CASE NUMBER: C08-0530 MMC

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
    a. Judgment debtor's
       Name and last known address
       Frank William Mitchell
       310 Rancho Murieta Drive, Apt. D
       Vacaville, California 95687

    b. Driver's license No. and state: N/A  [ ] Unknown
    c. Social security No.: 565-25-****  [ ] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: Frank William Mitchell, 310 Rancho Murieta Drive, Apt. D, Vacaville, California 95687

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Bay Area Painters & Tapers Pension Fund, et al.
   c/o Shaamini A. Babu, Saltzman & Johnson Law Corporation
   44 Montgomery Street, Suite 2110
   San Francisco, California 94104
   Date: May 30, 2008
   Shaamini A. Babu, Esq.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *(signature)*
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $26,842.73 + $1.37 p/d int. from 5/21/08 per Writ of Execution issued 5/28/08 (attached)
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: May 8, 2008
   b. Renewal entered on *(date)*: n/a
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*: 6-2-08

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

www.accesslaw.com

| PLAINTIFF: Bay Area Painters and Tapers Pension Fund, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Frank William Mitchell, et al. | C08-0530 MMC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Frank William Mitchell, dba Mitchell Construction Drywall Metal Studs
310 Rancho Murieta Drive, Apt. D
Vacaville, California 95687

Driver's license No. & state: ☑ Unknown
Social security No.: 565-25-**** ☐ Unknown
Summons was personally served at or mailed to (address):
Frank William Mitchell
310 Rancho Murieta Drive, Apt. D
Vacaville, California 95687

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

19. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

20. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

21. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

22. ☐ Continued on Attachment 22.

EJ-001 [Rev. January 1, 2006]     **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**     Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.,

        Plaintiffs,

v.

FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METALS STUDS,

        Defendant.

No. CV-08-0530 MMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiffs are entitled to damages in the amount of $22,704.92, representing unpaid contributions, liquidated damages, and interest.

2. Plaintiffs are entitled to an award of attorney's fees in the amount of $3494 and costs in the amount of $616.45.

Dated: May 8, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero
        Deputy Clerk

**EXHIBIT A**

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| Shaamini A. Babu (SBN 230704)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104<br>TELEPHONE NO.: (415) 882-7900   FAX NO. *(Optional)*: (415) 882-9287<br>E-MAIL ADDRESS *(Optional)*: sbabu@sjlawcorp.com<br>ATTORNEY FOR *(Name)*: Bay Area Painters and Tapers Pension Fund, et al.<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** United States District Court
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Northern District of California

PLAINTIFF: Bay Area Painters and Tapers Pension Fund, et al.

DEFENDANT: Frank William Mitchell, et al.

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C08-0530 MMC |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Bay Area Painters and Tapers Pension Fund, et al.
   is the [✓] judgment creditor  [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address)*:
   ┌─────────────────────────────────────┐
   │ Frank William Mitchell              │
   │ 310 Rancho Murieta Drive, Apt. D    │
   │ Vacaville, California 95687         │
   └─────────────────────────────────────┘

   ┌─────────────────────────────────────┐
   │ Frank William Mitchell, dba Mitchell│
   │ Construction Drywall Metal Studs    │
   │ 310 Rancho Murieta Drive, Apt. D    │
   │ Vacaville, California 95687         │
   └─────────────────────────────────────┘
   [ ] Additional judgment debtors on next page
5. **Judgment entered on** *(date)*:
   May 8, 2008
6. [ ] **Judgment renewed on** *(dates)*:

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 26,815.37
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $
13. Subtotal *(add 11 and 12)* ......... $ 26,815.37
14. Credits .................... $ 0
15. Subtotal *(subtract 14 from 13)* ...... $ 26,815.37
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 27.36
17. Fee for issuance of writ ............. $
18. **Total** *(add 15, 16, and 17)* ........... $ 26,842.73
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. . . . . . . $ 1.37 from 5/21/08
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) .............. $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)*: MAY 2 8 2008   Clerk, by **MARIA LOO**_____, Deputy

**EXHIBIT B**

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5

EJ-130

| PLAINTIFF: Bay Area Painters and Tapers Pension Fund, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Frank William Mitchell, et al. | C08-0530 MMC |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name and address of joint debtor:

   a. on *(date):*
   b. name and address of joint debtor:

   c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:
   a. ☐ Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2)):*
      (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
         The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
         (a) $              was the daily rental value on the date the complaint was filed.
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property:

---

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

EJ-130 [Rev. January 1, 2006]    **WRIT OF EXECUTION**    Page 2 of 2